# FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN LYNCH, *ET AL.* | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | 2012-cv-00992 MSG |
| | : | |
| v. | : | |
| | : | |
| CAPITAL ONE BANK, N.A., *ET AL* | : | |
| | : | |
| Defendants | : | |

## NOTICE TO DISMISS CASE WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

Kindly mark the captioned matter as "DISMISSED, WITH PREJUDICE" as to Defendants, Paul J. Klemm, Esquire, Robert L. Baroska, Esquire, and Nudelman, Klemm & Golub, P.C., only, pursuant to *Federal Rule of Civil Procedure* ("Fed. R. Civ. P.") 41(a)(1). No adverse party has filed or served an answer or a motion for summary judgment.

Respectfully submitted:

*(s) Stuart A. Eisenberg*
Stuart A. Eisenberg, Esquire
McCullough Eisenberg, LLC
65 West Street Road, A-105
Warminster, PA 18974
Tel. (215) 957-6411
Fax. (215) 957-9140
mlawoffice@aol.com

June 7, 2012                    Attorney for Plaintiff