IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN T. LYNCH, *ET AL.* | : | CIVIL ACTION |
| Plaintiffs | : | 2012-cv-00992 MSG |
| v. | : | |
| CAPITAL ONE BANK (USA), N.A., *ET AL.* | : | |
| Defendants | : | |

### STIPULATION OF DISMISSAL OF DEFENDANTS CAPITAL ONE BANK (USA), N.A. AND CAPITAL ONE SERVICES LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal, of all claims asserted in the above-captioned action against Defendants Capital One Bank (USA), N.A. and Capital One Services, LLC. Pursuant to Rule 41(a)(1)(ii), this Stipulation of Dismissal is signed by, or on behalf of, all parties who have appeared in this action. Each party shall bear its own costs, attorneys' fees and expenses.

Plaintiff, Brian Lynch

By: /s/ Stuart A. Eisenberg
Stuart A. Eisenberg, Esquire
McCullough Eisenberg, LLC
65 West Street Road, A-105
Warminster, PA 18974
Tel. (215) 957-6411
Fax. (215) 957-9140

Defendants, Capital One Bank (USA), N.A. and Capital One Services, LLC.

By: /s/ Kevin Batik
Kevin Batik, Esquire
McGuire Woods, LLC
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222
Tel. (412) 667-6000
Fax. (412) 667-6050

APPROVED BY THE COURT THIS 23rd DAY OF AUGUST, 2013.

_____
MITCHELL S. GOLDBERG, JUDGE